

Return Receipt (Form 3811) Barcode

9590 9266 9904 2168 0150 61

1. Article Addressed to:

Maryland Department of Public
Safety and Correctional Services
c/o Brian Frosh, Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2168 0150 68

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature: Wendy Shiff — ☒ Agent ☐ Addressee
B. Received by (Printed Name): Wendy L Shiff
C. Date of Delivery: 8/14/2020
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

Charles Barber

Allen E. Honick, Esquire

Domestic Return Receipt

USPS TRACKING #

9590 9266 9904 2168 0150 61

**United States Postal Service®**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address and ZIP+4® below •

**WHITEFORD TAYLOR & PRESTON LLP**
ATTN: Honick
**7 SAINT PAUL STREET SUITE 1500**
**BALTIMORE MD 21202-1626**