IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

| | | |
|---|---|---|
| **CHARLES BARBER** | * | |
|     **Plaintiff** | * | |
| v. | * | Civil Action No.: 1:20-cv-02611-SAG |
| **LIONEL BURNETT,** *et al.* | * | |
|     **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a) and (c), the Clerk of the Court will please dismiss with prejudice all claims in this case brought by Plaintiff against all Defendants. Each party is to bear its own costs and attorney's fees.

| | |
|---|---|
| _____ | _/s/ Teresa M. Kelly w/permission_ |
| **David Daneman (Bar No. 06976)** | **BRIAN E. FROSH** |
| **Allen E. Honick (Bar No. 19822)** | **ATTORNEY GENERAL OF MARYLAND** |
| **WHITEFORD, TAYLOR & PRESTON, L.L.P.** | **TERESA M. KELLY** |
| Seven St. Paul Street, Suite 1500 | **ASSISTANT ATTORNEY GENERAL** |
| Baltimore, Maryland 21202-1636 | Federal Bar No.: 09034 |
| 410.347.8700 | Office of the Attorney General |
| ddaneman@wtplaw.com | 200 St. Paul Place, 19th Floor |
| ahonick@wtplaw.com | Baltimore, Maryland 21202 |
| *Counsel for Plaintiff,* | (410) 576-7962 – Office |
|   *Charles Barber* | (410) 576-6880 – Facsimile |
| | tkelly@oag.state.md.us |
| | *Attorneys for Defendant, Department of* |
| |   *Public Safety and Correctional Services* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of December, 2021, a copy of the foregoing *Joint Stipulation of Dismissal with Prejudice* was forwarded via the Court's ECF system, electronic mail and/or first-class mail, postage prepaid to:

| | |
|---|---|
| **BRIAN E. FROSH, ATTORNEY GENERAL OF MARYLAND**<br>**TERESA M. KELLY, ASSISTANT ATTORNEY GENERAL**<br>Federal Bar No.: 09034<br>Office of the Attorney General<br>200 St. Paul Place, 19th Floor<br>Baltimore, Maryland 21202<br>(410) 576-7962 – Office<br>(410) 576-6880 – Facsimile<br>tkelly@oag.state.md.us<br>*Attorneys for Defendant, Department of Public Safety and Correctional Services* | **LIONEL BURNETT**<br>[redacted]<br>*Defendant*<br><br>**WARREN WRIGHT**<br>[redacted]<br>*Defendant*<br><br>**MICHAEL GASKINS**<br>[redacted]<br>*Defendant* |

_____
Allen E. Honick

*12070634*